**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOANITA LUTAAYA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1684-KC** |
| | § | |
| **TODD BLANCHE,** | § | |
| | § | |
| **Respondent.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On June 18, 2026, Joanita Lutaaya filed a Petition for a Writ of Habeas Corpus, ECF No. 3.  On June 22, the Court ordered Respondents to show cause why the Court should not grant the application for a writ of habeas corpus.  June 22, 2026, Order, ECF No. 2.

Respondents have now filed a Response, ECF No. 6, in which they state that Lutaaya entered the United States on a student visa which allowed her to remain in the country until 2015.  Resp. 1.  And that Lutaaya is detained under 8 U.S.C. § 1226(a) and thus entitled to a bond hearing.  *Id.* at 1.  Respondents argue that she must exhaust her administrative remedies before this Court can order a bond hearing.  *Id.* at 1–2.  If Lutaaya receives an individualized custody determination by the immigration court, that will likely moot this Petition.

Accordingly, the Court **ORDERS** that Lutaaya shall **FILE** a reply to Respondents' Response, **<u>by no later than July 21, 2026</u>**, answering the following questions:

(1) Have you requested a bond hearing from the immigration court?  If so, when did you

     request a bond hearing and how did you make the request to the immigration court?

(2) If you requested a bond hearing, were you given a bond hearing?  If so, when was the bond hearing?

(3) If you were given a bond hearing, were you granted or denied bond?  If you were denied bond, what was the reason the Immigration Judge denied bond?

**SO ORDERED**.

SIGNED this 30th day of June, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2